CHARLES J. QUINBY, Appellant, *v.* HORACE B. CLAFLIN et al., Respondents.

(Argued January 16, 1883; decided January 23, 1883.)

MEM. of decision below (27 Hun, 611).

*I. T. Williams* for appellant.

*Robert S. Green* for respondents.

Agree to dismiss appeal. No opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.

---

JOHN SHEILDS, Appellant, *v.* ANNA A. INGRAM, Respondent.

(Argued January 23, 1883; decided January 30, 1883.)

*Moody B. Smith* for appellant.

*Willam A. Coursen* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

LUTHER T. FOX, as Trustee, etc., Respondent, *v.* HENRY SMITH, as Executor, etc., et al., Appellants.

(Argued January 18, 1883; decided February 6, 1883.)

*Nathaniel C. Moak* for appellants.

*Hobart Krum* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.